# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Alexander Gomez ;
**County of Residence:** Lee County

**Defendant(s):**
First Listed Defendant:
Florida Coast Equipment Inc. ;
**County of Residence:** Palm Beach County

**County Where Claim For Relief Arose:** Lee County

**Plaintiff's Attorney(s):**
Benjamin Lee Williams (Alexander Gomez)
Williams Law PA
10752 Deerwood Park Boulevard, Suite 100
Jacksonville, Florida 32256
**Phone:** 904-580-6060
**Fax:** 904-671-9483
**Email:** bwilliams@williamslawjax.com

**Defendant's Attorney(s):**
Margaret L Cooper ( Florida Coast Equipment Inc.)
Jones, Foster, Johnston & Stubbs P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
**Phone:** 561-659-3000
**Fax:**
**Email:** MCooper@jonesfoster.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

2:17-CV-001-FtM-99CM
ISM
FLM010304

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** Fair Labor Standards Act 29 U.S.C. §216(b)
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 50
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Benjamin Lee Williams

**Date:** 12/29/2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.